*ALBANY, Feb. 1826.*

*Ex parte Caldwell*

Motion granted.

---

*Ex parte* CALDWELL, an absconding debtor.

CALDWELL fled from his creditors in Paisley, Scotland, to the city of New-York. Being pursued hither by Craw- ford, one of his Scotch creditors, he concealed himself; and an attachment was taken out against him under the act for relief against absconding and absent debtors. (1 R. L. 157.)

A foreign creditor is en- titled to an at- tachment un- der the ab- sconding debt- or act. (1 R. L. 157.)

*S. A. Foote,* now moved to supersede the attachment, on the ground (among others) that foreign creditors are not within the statute. He cited Matter of *Fitzgerald,* 2 Caine's Rep. 318.

*J. Platt,* contra, cited 6 John. Ch. Rep. 186, and the 20th section of the act in question, as conclusive.

*Curia.* The court must have overlooked that section(a) when they decided Fitzgerald's case cited from Caines. That section sanctions this proceeding in express terms. And the motion must be denied.

Motion denied.

(a) Vid. Revision of the laws by Kent and Radcliff, vol. I, page 242, section 20 of the act under which Fitzgerald's case arose.